# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0027. JOHN ROBINSON v. THE STATE.

On July 15, 2024, the trial court entered an order denying John Robinson's motions to dismiss the accusation, which charged him with theft by shoplifting, for violation of his constitutional right to a speedy trial. Robinson then filed this pro se application for a discretionary appeal. We, however, lack jurisdiction.

Because Robinson's case is still pending below, to obtain review of the trial court's July 15 order, he was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review. See *Sosniak v. State*, 292 Ga. 35, 40 (2) (734 SE2d 362) (2012); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Robinson's failure to comply with the interlocutory appeal procedure deprives this Court of jurisdiction over his application. Therefore, Robinson's discretionary application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/05/2024

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*